## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **REGINALD DONEY THOMPSON,** | § | |
| **(TDCJ No. 1897562),** | § | |
| | § | |
| Petitioner, | § | |
| v. | § | Civil Action No. **3:15-CV-2246-L-BN** |
| | § | |
| **WILLIAM STEPHENS, Director Texas** | § | |
| **Department of Criminal Justice** | § | |
| **Correctional Institutions Division,** | § | |
| | § | |
| Respondent. | § | |

## <u>ORDER</u>

This case was referred to United States Magistrate David L. Horan, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on July 24, 2015 (Doc. 6), recommending that the court deny Petitioner's Application to Proceed *In Forma Pauperis*, and require him to pay the $5.00 filing fee within 21 days of this order. No objections to the Report were filed.

Having reviewed the pleadings, file, record in this case, and Report, the court determines that the findings and conclusions are correct, and **accepts** them as those of the court. The court therefore **denies** Petitioner's Application to Proceed *In Forma Pauperis* (Doc. 5) and **directs** Petitioner to pay the requisite $5.00 filing fee by **September 7, 2015**. Failure to comply with this order will result in dismissal without prejudice of this case pursuant to Federal Rule of Civil Procedure 41(b).

**It is so ordered** this 18th day of August, 2015.

Sam A. Lindsay
United States District Judge

Order – Solo Page